FUGAZZI, LOVELACE & COMPANY *v.* TOMLINSON.

TURNER, J. 1. Until there has been in the trial court a judgment finally disposing of a case, this court is without jurisdiction to entertain a complaint that error was committed by the trial judge in striking, on demurrer, portions of the defendant's answer.     *Turner* v. *Camp*, 110 *Ga.* 631; *Harvey* v. *Bowles*, 112 *Ga.* 421 ; *Berryman* v. *Haden*, Id. 752 ; *Ray* v. *Anderson*, 117 *Ga.* 136.

2. As has heretofore been repeatedly announced, the first grant of a new trial will not be disturbed by this court unless it affirmatively appears that the evidence demanded the verdict returned by the jury.

*Judgment affirmed.     All the Justices concur, except Simmons, C. J., absent.*

Argued February 19, — Decided March 3, 1904.

Complaint.     Before Judge Reid.     City court of Atlanta.     March 2, 1903.

*E. V. Carter* and *J. L. Mayson*, for plaintiffs in error. *Abbott & Goree* and *Westmoreland Brothers*, contra.